LEE LITIGATION GROUP, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorneys for Plaintiffs, Nationwide FLSA Collective Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| LITA FILLIPO and TIMOTHY KRAFT, *on behalf of themselves, Nationwide FLSA Collective Plaintiffs and the Class*, <br><br> Plaintiffs, <br><br> v. <br><br> THE ANTHEM COMPANIES, INC. <br><br> Defendant. | Cause No.: 1:22-cv-00926-JRS-MPB <br><br> **MOTION TO APPEAR** <br> *PRO HAC VICE* |

Pursuant to S. D. Ind. Local Rule 83-6(a), Robert A. Kansao, Esq. respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiffs LITA FILLIPO and TIMOTHY KRAFT ("Plaintiffs") in the above-styled cause only. In support of this motion, the undersigned states:

1.  I am admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

| | |
|---|---|
| Unites States District Court Southern District of New York | April 21, 2021 |
| Unites States District Court Eastern District of New York | April 21, 2021 |

| Appellate Division of the Supreme Court of the State of New York First Judicial Department | June 19, 2017 |
|---|---|

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the Seventh Circuit Standards of Professional Conduct and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. The administrative fees required to process this motion for admission pro hac vice will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

**WHEREFORE**, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear pro hac vice for purposes of this cause only.

Dated: New York, New York
August 23, 2022

Respectfully submitted,

By: _s/ Robert A. Kansao_
Robert A. Kansao, Esq.
LEE LITIGATION GROUP, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181

*Attorneys for Plaintiffs, Nationwide FLSA Collective Plaintiff and the Class*