**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

---

LITA FILLIPO and TIMOTHY KRAFT,
*on behalf of themselves, Nationwide FLSA Collective Plaintiffs and the Class,*

                      Plaintiffs,

    v.

THE ANTHEM COMPANIES, INC.,

                      Defendant.

**Case No.:** 1:22-cv-00926-JRS-MPB

**NOTICE OF MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION**

---

      Please take notice that upon the accompanying Memorandum of Law, Declarations and annexed materials, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, hereby move for the relief detailed in the Proposed Order attached hereto as **Exhibit 1**.

Dated: New York, New York

      October 14, 2022

Respectfully submitted,

LEE LITIGATION GROUP, PLLC

By:   */s/ C.K. Lee*

C.K. Lee, Esq. (CL 4086)
Lee Litigation Group, PLLC
148 W. 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1188
Fax: (212) 465-1181

*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*