UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LITA FILLIPO, <br> TIMOTHY KRAFT, <br><br> Plaintiffs, <br><br> v. <br><br> THE ANTHEM COMPANIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:22-cv-00926-JRS-MG <br> ) <br> ) <br> ) <br> ) |

**Final Judgment**

Pursuant to the Order also issued this day, approving the parties' settlement agreement, this action is hereby **dismissed with prejudice**. The parties shall comply with the terms of the approved agreement, which the Court retains jurisdiction to enforce. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). This is a **final judgment** under Federal Rule of Civil Procedure 58.

Date: 08/10/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
    Deputy Clerk, U.S. District Court

Distribution:

Brett Christopher Bartlett
Seyfarth Shaw LLP
bbartlett@seyfarth.com

Lennon Haas
Seyfarth Shaw LLP
lhaas@seyfarth.com

Robert A Kansao
Lee Litigation Group PLLC
robert.kansao@gmail.com

C.K. Lee
Lee Litigation Group, PLLC
cklee@leelitigation.com

Alexander Simon
Seyfarth Shaw LLP
asimon@seyfarth.com

Kevin Michael Young
Seyfarth Shaw LLP - Atl/GA
kyoung@seyfarth.com